Nos. 920 and 921. LOVELL, EXECUTOR, ET AL. *v.* UNITED MILK PRODUCTS CORP. ET AL. May 13, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for

the Sixth Circuit denied. *Messrs. W. T. Kinder* and *Clan Crawford* for petitioners. *Messrs. Newton D. Baker* and *Howard F. Burns* for respondents.